**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

|  |  |  |
|---|---|---|
| RODNEY O'NEAL, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 1:09-CV-98 (WLS) |
| | : | |
| TERRY DUFFEY, Warden, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge

Thomas Q. Langstaff, filed June 28, 2010. (Doc. 12). It is recommended that Respondent

Warden's Motion to Dismiss (Doc. 8) be granted.

The Report and Recommendation provided the Parties with fourteen (14) days to file

written objections to the recommendations therein. (Doc. 12). The period for objections expired

on Wednesday, July 14, 2010;[1] no objections have been filed to date. (See Docket).

Upon full review and consideration upon the record, the Court finds that said Report and

Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the

Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

Respondent Warden's Motion to Dismiss (Doc. 8) is **GRANTED**, and Petitioner's Petition for

Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as untimely**.**

**SO ORDERED**, this  21st   day of September, 2010.

 /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

---

[1]  Pursuant to Federal Rule of Civil Procedure 6(a)(2), the period excluded July 5, 2010, the federal holiday of Independence Day.

1